# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FELICIANA G. REYES<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT<br>OF EDUCATION<br><br>      Defendant. | No. 1:17-cv-2548-CKK |

## [JOINT PROPOSED] CONSENT ORDER

In view of the telephonic scheduling conference conducted with the Parties on December 5, 2017, and with the consent of the parties, it is hereby:

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is deemed withdrawn as moot in view of Defendant's agreement to conduct a supplemental search for responsive records with respect to the FOIA request in dispute in this action; and it is further

**ORDERED** that the following schedule shall govern these proceedings:

- **by January 10, 2018**, Defendant shall provide Plaintiff with an interim release of responsive, non-exempt records or portions thereof located as a result of its supplemental search;

- by **January 31, 2018**, Defendant shall complete processing of all records it has located as a result of its new search, provide a final release to Plaintiff of all remaining responsive, non-exempt records or portions thereof, and specify with respect to all records it has released during this action the total number of pages released and all exemptions asserted for all withholdings;

- 2 -

- **by February 9, 2018**, the Parties shall file a Joint Status Report with the Court identifying what, if any, issues remain and proposing a schedule for further proceedings in this case.

**SO ORDERED**

_____                          _____
Date                                             Hon. Colleen Kollar-Kotelly
                                                 United States District Judge