UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICIANA G. REYES,<br>7840 Woodman Avenue, Apt. 224<br>Panorama City, CA 91402,<br><br>                Plaintiff,<br><br>                v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>400 Maryland Ave., S.W.,<br>Washington, D.C. 20202,<br><br>                Defendant. | Civil No. 17-2548 (CKK) |

## ANSWER

Defendant United States Department of Education hereby answers Plaintiff Feliciana G. Reyes' Complaint ("Complaint") as follows:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

With respect to the numbered paragraphs of the Complaint, Defendant admits, denies or avers as follows.

1.     This paragraph contains Plaintiff's characterization of this action, to which no response is required.

2.     Defendant admits the allegations in this paragraph.

3.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

5.      This paragraph consists of Plaintiff's prayer for relief to which no response is required.  Defendant denies that the Plaintiff is entitled to the relief requested or any relief whatsoever.

## JURISDICTION AND VENUE

6.      This paragraph contains Plaintiff's conclusions of law, to which no response is required.

7.      This paragraph contains Plaintiff's conclusions of law, to which no response is required.

## THE PARTIES

8.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

9.      Defendant admits that it is an agency of the United States government and that it is headquartered at 400 Maryland Avenue, SW, Washington, DC 20202.  Defendant avers that it is in the process of searching for, and processing, documents sought by Plaintiff.  Therefore, at this time, Defendant does not have sufficient knowledge to either admit or deny the allegations in the third sentence of Paragraph 9, and, on that basis, denies them.  Defendant admits that is an agency within the meaning of 5 U.S.C. § 552.

## NATURE OF THE ACTION

10 - 29.    Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs and notes that none of the facts alleged pertain to Plaintiff's Freedom of Information Act ("FOIA") request to Defendant.

30.     Defendant admits the allegations in this paragraph.

31 – 33.     Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

34.     Deny, and aver that the public is owed what must be disclosed under the FOIA.

## PLAINTIFF'S FOIA REQUEST AND DEFENDANT'S [ALLEGED] FAILURE TO COMPLY WITH FOIA

35. – 37.     Defendant admits that Plaintiff submitted a FOIA request to Defendant by email on March 22, 2017.  The FOIA request speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to Plaintiff's FOIA request for a full and accurate statement of its contents.

38.     Defendant admits the allegations in this paragraph.

39.     Defendant admits the allegations in this paragraph.

40.     Defendant admits the allegations in this paragraph.

41.     Defendant admits the allegations in this paragraph.

42.     Defendant admits the allegations in this paragraph.

43.     Defendant admits that Plaintiff submitted an administrative appeal of Defendant's response to her FOIA request by email on April 21, 2017.  The FOIA appeal speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to Plaintiff's FOIA appeal for a full and accurate statement of its contents.

44.     Defendant admits that by email and letter dated June 13, 2017, Defendant responded to Plaintiff's administrative appeal of Defendant's response to her FOIA request.  The FOIA appeal response speaks for itself and is the best evidence of its contents.  Defendant respectfully refers the Court to Defendant's FOIA appeal response for a full and accurate statement of its contents.

45. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in these paragraphs.

46. Defendant denies the allegations in this paragraph.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

47. This paragraph contains Plaintiff's conclusions of law, to which no response is required.

## FIRST CAUSE OF ACTION

48. Defendant repeats and realleges each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

49. This paragraph contains Plaintiff's legal conclusions of law, to which no response is required.

50. This paragraph contains Plaintiff's legal conclusions of law, to which no response is required.

51. This paragraph contains Plaintiff's legal conclusions of law, to which no response is required.

## SECOND CAUSE OF ACTION

52. Defendant repeats and realleges each and every response heretofore made with the same force and effect as if the same were set forth fully herein.

53. This paragraph contains Plaintiff's legal conclusions of law, to which no response is required.

54. This paragraph contains Plaintiff's legal conclusions of law, to which no response is required.

## REQUEST FOR RELIEF

The remaining paragraph of the Complaint consists of Plaintiff's prayer for relief to which no response is required. Defendant denies that the Plaintiff is entitled to the relief requested or any relief whatsoever.

* * *

Defendant hereby denies each and every allegation in the Complaint not expressly admitted or qualified above.

Dated: January 2, 2018

                                          Respectfully submitted,

                                          JESSIE K. LIU,
                                          D.C. BAR # 472845
                                          United States Attorney
                                            for the District of Columbia

                                          DANIEL F. VAN HORN
                                          D.C. BAR # 924092
                                          Chief, Civil Division


                                          */s/ Marina Utgoff Braswell*
                                          MARINA UTGOFF BRASWELL
                                          D.C. Bar # 416587
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          555 4th Street, N.W. – Civil Division
                                          Washington, D.C. 20530
                                          (202) 252-2561
                                          Marina.Braswell@usdoj.gov